AO 240A (1/94)

# United States District Court

_Southern_ DISTRICT OF _Texas_
_Brownsville Division_

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

_David C. Rivera_
Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

CASE NUMBER: **B-98-174**

Defendant
_City of Harlingen, et al_

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons:

The substance of this suit (B-98-174) is the same as 98-CV-8 which was dismissed without prejudice on 6/19/98 due to the fact that plaintiff had failed to allege a constitutional violation.

ENTER this _4_ day of _January_, 19_99_.

_[signature]_
Signature of Judicial Officer

Name and Title of Judicial Officer