IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DAVID C. RIVERA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-174 |
| § | |
| CITY OF HARLINGEN, et al § | |
| § | |
| Defendants § | |

## ORDER

DAVID C. RIVERA's Application to Proceed Without Prepayment of Fees is DENIED. This case is closed.

DONE at Brownsville, Texas, this ____ day of December 1998.

_____
Hilda G. Tagle
United States District Judge